UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GUY BLESSINGER,[1]
AUDRA NISKI,
NELSON FERREIRA,
individually and on behalf
of all others similarly-situated,

    Plaintiffs,

v.                            CASE NO.: 8:22-cv-01029-TPB-SPF

WELLS FARGO & COMPANY,

    Defendant.
_____/

## JOINT MEDIATION REPORT AND NOTICE OF SETTLEMENT

Named Plaintiffs, Audra Niski and Nelson Ferreira, and Defendant, Wells Fargo Company (collectively, the "Parties"), respectfully submit the following mediation report and notice of settlement. On May 19, 2023, the Parties held a mediation with mediator Martin Schienman and, as a result of said mediation, the Parties have reached an agreement in principle to resolve this matter on a class-wide basis. Because this is a class action, the Parties are currently drafting the required paperwork to submit to the Court to seek approval of their class action settlement under Rule 23. The Parties respectfully ask for 60 days from the date

---

[1] The Class Action Complaint (Dkt. 1) was filed in this matter by Plaintiffs Niski and Ferreira, as well as Guy Blessinger. As noted in Plaintiffs' Motion for Class Certification (Dkt. 40), Mr. Blessinger is "neither a proposed Class Representative nor a class member" because he signed a Mutual Arbitration Agreement with Wells Fargo. *See id.* at 1 n.1.

of mediation to complete and file that paperwork, making the deadline July 18, 2023.

Respectfully submitted this 30th day of May, 2023.

/s/Brandon J. Hill
**LUIS A. CABASSA**
Florida Bar Number: 053643
Direct No.: 813-379-2565
**BRANDON J. HILL**
Florida Bar Number: 37061
Direct No.: 813-337-7992
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: gnichols@wfclaw.com

*Attorneys for Named Plaintiffs*

/s/ Brian D. Equi
**BRIAN D. EQUI**
Florida Bar No. 143936
**BOWMAN AND BROOKE, LLP**
1064 Greenwood Boulevard
Suite 212
Lake Mary, Florida 32746-5419
Tel: (407) 585-7600; Fax: (407) 585-7610
brian.equi@bowmanandbrooke.com

**EDWARD J. MEEHAN** (admitted *pro hac vice*)
**MARK C. NIELSEN** (admitted *pro hac vice*)
**PAUL J. RINEFIERD** (admitted *pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, D.C. 20006
Tel: (202) 861-2602; Fax: (202) 659-4503
emeehan@groom.com
mnielsen@groom.com
prinefierd@groom.com

*Counsel for Defendant Wells Fargo Company*